*In re* Petition of Bennett Medical College to exempt certain property from taxation.

*Opinion filed October 28, 1910.*

This case is controlled by the decision in *In re Logan Square Presbyterian Church,* (*ante,* p. 168.)

AUDITOR's certificate of appeal to review decision of board of review of Cook county.

W. H. STEAD, Attorney General, and CHARLES E. WOODWARD, for appellant.

Per CURIAM : The record in this cause is in the same condition as the record in *In re Logan Square Presbyterian Church,* (*ante,* p. 168.) For the reason there stated the order of submission of this cause will be set aside that the petitioner may have notice of this application.

*Order of submission set aside.*